IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TERESA MAGUIRE,** § | | |
| **Plaintiff** § | | |
| § | | **CIVIL ACTION** |
| vs. § | | |
| § | | **FILE NO. 5:19-cv-479-JKP-HJB** |
| **RICHARD GOMEZ d/b/a NORTH OAKS** § | | |
| **CTR 2-STORY and SAIVICTORY, LLC,** § | | |
| **Defendants.** § | | |

## UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, Teresa Maguire ("Plaintiff"), by and through the undersigned counsel, and hereby files this Unopposed Motion to Dismiss Complaint with Prejudice. Plaintiff no longer desires to proceed with her cause of action against Richard Gomez, incorrectly sued as Richard Gomez d/b/a North Oaks Ctr 2-Story, and Saivictory, LLC ("Defendants") and respectfully requests the Honorable Court dismiss Plaintiff's causes of action against Defendants with Prejudice.

Respectfully submitted this 12th day of June, 2020.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By:  */s/ Dennis R. Kurz*
**Dennis R. Kurz**
Texas State Bar No. 24068183
dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       I do hereby certify that the foregoing pleading has been forwarded in accordance with the Rules of Civil Procedure to all parties of record as set out below on this the 12th day of June, 2020.

Jeffrey G. House
Michael D. DeNuccio
**CURNEY, FARMER, HOUSE,**
**OSUNA & JACKSON, P.C.**
411 Heimer Road
San Antonio, Texas 78232
(210) 377-1990 (Telephone)
(210) 377-1065 (Facsimile)
jhouse@cfholaw.com
mdenuccio@cfholaw.com
**Attorneys for Defendant Richard Gomez**

                                                 */s/ Dennis R. Kurz*
                                                 **Dennis R. Kurz**