# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

TERESA MAGUIRE,

    Plaintiff,

v.                                No. SA-19-CV-00479-JKP

RICHARD GOMEZ, SAIVICTORY, LLC,

    Defendants.

## ORDER

Before the Court is Plaintiff's *Unopposed Motion to Dismiss Complaint with Prejudice* (ECF No. 28) by which Plaintiff Teresa Maguire informs the Court she no longer desires to proceed with her cause of action against Richard Gomez, incorrectly sued as Richard Gomez d/b/a North Oaks Ctr 2-Story, and Saivictory, LLC and requests the Court dismiss this lawsuit with prejudice. The Court **GRANTS** the request and dismisses this action with prejudice.

It is hereby **ORDERED** that all causes of action filed by Plaintiff against Defendants are dismissed with prejudice. The Court **directs the Clerk of Court to close this case.**

It is so ORDERED.

SIGNED this 14th day of June 2020.

*/s/ Jason Pulliam*
_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE